The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

ROBERT C. WARDEN,

          Plaintiff,

     v.

GREGORY J. NICKELS and CITY OF SEATTLE,,

          Defendants.

Case No. C09-1686 MJP

NOTICE OF APPEARANCE

TO:    The Clerk of the Court

AND TO:    All parties, through counsel of record

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned action as counsel for Defendants Gregory J. Nickels, and City of Seattle, without waiving objections to lack of personal jurisdiction, insufficiency of process, or insufficiency of service of process.

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington  98104-7097
tel+1-206-839-4300

1    You are directed to serve all further pleadings, papers and materials, except original

2    process, upon the said attorneys at the addresses stated below.

3

4    Dated: December 4, 2009.                    ORRICK, HERRINGTON & SUTCLIFFE LLP

5

6    By:  s/ Daniel J. Dunne
     George E. Greer (WSBA No. 11050)
7    ggreer@orrick.com
     Daniel J. Dunne (WSBA No. 16999)
8    ddunne@orrick.com
     David Keenan (WSBA No. 41359)
9    dkeenan@orrick.com

10   701 5th Avenue, Suite 5700
     Seattle, WA  98104-7097
11   Telephone:  +1-206-839-4300
     Facsimile:  +1-206-839-4301

12
     Attorneys for Defendants Gregory J. Nickels
13   and City of Seattle

14   December 4, 2009              THOMAS A. CARR
                                   SEATTLE CITY ATTORNEY
15

16   By:
     Gary Keese (WSBA NO. 19265)
17   Assistant City Attorney
     Gary.Keese@seattle.gov
18

19   Thomas A. Carr
     Seattle City Attorney
20   600 Fourth Avenue, 4th Floor
     P.O. Box 94769
21   Seattle, WA  98124-4769
     Telephone:  +1-206-684-8200
22   Facsimile:  +1-206-684-8284

23
     Attorneys for Defendants Gregory J. Nickels
24   and City of Seattle

25

26

27

28

NOTICE OF APPEARANCE                         2                  Orrick Herrington & Sutcliffe LLP
C09-1686                                                        701 5th Avenue, Suite 5700
                                                                Seattle, Washington  98104-7097
                                                                tel+1-206-839-4300

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on December 4, 2009, I electronically filed the following document

3

with the Clerk of the Court using the CM/ECF system which will send notification of the filing

4

to all counsel of record:

5

NOTICE OF APPEARANCE.

6

DATED this 4th day of December, 2009.

7

8

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

9

10

By /s Daniel J. Dunne
    Daniel J. Dunne (WSBA #16999)

11

12

701 Fifth Avenue, Suite 5700
Seattle, WA  98104

13

Phone: (206) 839-4300
Fax:    (206) 839-4301

14

Email: ddunner@orrick.com

15

16

OHS West:260789196.1
911311-2001 DJ5/DJ5

17

12/4/09

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
C09-1686

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington  98104-7097
tel+1-206-839-4300