AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. **C09-1686 MJP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **City of Seattle**
was received by me on *(date)* **11-27-09**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Served Mayor Gregory Nickels' son Jake at the Mayor's residence pursuant to FRCP 4.e.1 and 2.B, and RCW 4.28.080 §2 and §15. Service made on 11-27-09.**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12-6-09**

*Server's signature*

**Carson G. Warden**
*Printed name and title*

**10224 SE 225TH PL Kent WA 98031**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.

C09-1686 MJP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* Gregory J. Nickels
was received by me on *(date)* 11-27-09 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served Mayor Gregory Nickels' son Jake at Mayor's residence pursuant to FRCP 4.e.1, and 2.B, and RCW 4.28.080 §2 and §15. Service made on 11-27-09.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-6-09

Casey W
*Server's signature*

Carson G. Warden
*Printed name and title*

10224 SE 225th PL  Kent WA
*Server's address*         98031

Additional information regarding attempted service, etc: