Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT C. WARDEN, | ) | No: 2:09-cv-01686-MJP |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR PRELIMINARY |
| GREGORY J. NICKELS and | ) | INJUNCTION |
| CITY OF SEATTLE, | ) | |
|     Defendants. | ) | (Proposed Order) |
| _____ | ) | |

The Court finds that Plaintiff's December 13, 2009 motion for a preliminary injunction meets both the "traditional" and the "alternative sliding scale" tests.  The Court further finds that granting Plaintiff's motion for preliminary injunction is in the best interest of fairness and justice pending resolution of the above-captioned civil action.

Good Cause having been shown upon Plaintiff's motion, it is hereby

ORDERED that the Plaintiff's motion for preliminary injunction is GRANTED.  Until ultimate disposition of the above-

1  captioned civil action, Defendants may not enforce Executive
2  Order 07-08 entitled "Gun Safety at City Facilities," Seattle
3  Parks Department Rule/Policy Number P 060-8.14, or any other
4  restriction of any kind regarding firearm possession and/or any
5  other aspect of firearms.
6         This Order shall be effective upon the posting of a bond
7  of $1.00 by Plaintiffs pursuant to Fed. R. Civ. P. 65(c).
8         DATED this    day of January, 2010.
9
10                                    _____
                                      Judge Marsha J. Pechman