The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY J. NICKELS and CITY OF SEATTLE,, <br><br> Defendants. | Case No. C09-1686 MJP <br><br> NOTICE OF DEPOSITION |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Gregory J. Nickels and City of Seattle will take the deposition upon oral examination of Robert C. Warden before a Notary Public or other officer authorized to administer oaths, at the offices of Orrick, Herrington & Sutcliffe LLP, 701 5th Avenue, Suite 5700, Seattle, Washington 98104 on Monday, December 21, 2009 at 10:00 am and continuing from day to day until adjourned and concluded.

This deposition will be recorded by a certified stenographic reporter.

NOTICE OF DEPOSITION
C09-1686

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300

Dated: December 14, 2009.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
George E. Greer (WSBA No. 11050)
ggreer@orrick.com
Daniel J. Dunne (WSBA No. 16999)
ddunne@orrick.com
David Keenan (WSBA No. 41359)
dkeenan@orrick.com

701 5th Avenue, Suite 5700
Seattle, WA 98104-7097
Telephone: +1-206-839-4300
Facsimile: +1-206-839-4301

Attorneys for Defendants Gregory J. Nickels and City of Seattle

December 14, 2009

THOMAS A. CARR
SEATTLE CITY ATTORNEY

By: _____
Gary Keese (WSBA NO. 19265)
Assistant City Attorney
Gary.Keese@seattle.gov

Thomas A. Carr
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
Telephone: +1-206-684-8200
Facsimile: +1-206-684-8284

Attorneys for Defendants Gregory J. Nickels and City of Seattle

NOTICE OF DEPOSITION
C09-1686

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel +1-206-839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2009, I caused the following document to be served upon the Plaintiff at the address stated below:

NOTICE OF DEPOSITION

Robert C. Warden
10224 SE 225th Place
Kent, WA 98031

DATED this 14th day of December, 2009.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By_____
Daniel J. Dunne (WSBA #16999)

701 Fifth Avenue, Suite 5700
Seattle, WA 98104
Phone: (206) 839-4300
Fax: (206) 839-4301
Email: ddunne@orrick.com

NOTICE OF DEPOSITION
C09-1686

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300