UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY J. NICKELS, et al.,<br><br>Defendants. | Case No. C09-1686 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

On March 2, 2010 at 10 am, the Court will hear oral argument on Plaintiff's pending motion for preliminary injunction. (Dkt. No. 8.) The Court may also request oral argument on Defendants' yet-to-be-filed motion to dismiss. In such event, the Court will inform the parties.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED this 22nd day of December, 2009.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett
   Deputy Clerk

MINUTE ORDER - 1