The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY J. NICKELS and CITY OF SEATTLE, <br><br> Defendants. | Case No. 2:09-CV-01686-MJP <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) |

This matter comes before the Court on the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) of Defendants Gregory J. Nickels and City of Seattle. Having considered the pleadings and the memoranda in support of and in opposition to Defendants' motion, the Court HEREBY GRANTS Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(6)(6), and does HEREBY ORDER as follows:

1. Plaintiff's First Claim for Relief under U.S. Const. amend. II and 42 U.S.C. § 1983, First Amended Complaint at 7, dkt. no. 4, is DISMISSED;

2. Plaintiff's Second Claim for Relief under U.S. Const. amend. XIV and 42 U.S.C. § 1983, First Amended Complaint at 8, dkt. no. 4, is DISMISSED; and

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 2:09-CV-01686-MJP

1

Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue Suite 5700
Seattle, Washington 98104-7097
(206)839-4300

3.  Plaintiff's Third Claim for Relief under Wash. Const. art. I, § 24, First Amended Complaint at 9, dkt. no. 4, is DISMISSED.

IT IS SO ORDERED.

DATED this _____ day of _____, 20___.

_____
Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:
ORRICK, HERRINGTON & SUTCLIFFE LLP

s/ Daniel J. Dunne
Daniel J. Dunne (WSBA No. 16999)
ddunne@orrick.com
George E. Greer (WSBA No.11050)
ggreeer@orrick.com
David Keenan (WSBA No.41359)
dkeenan@orrick.com

701 Fifth Avenue, Suite 5700
Seattle, WA  98104-7097
Telephone:  (206)839-4300
Facsimile:  (206)839-4301

SEATTLE CITY ATTORNEY

Gary Keese (WSBA No. 19265)
gary.keese@seattle.gov

600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA  98124-4769
Telephone:  (206)684-8200
Facsimile:  (206)684-8284

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS
CASE NO. 2:09-CV-01686-MJP

2

Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue Suite 5700
Seattle, Washington  98104-7097
(206)839-4300