1  **Daniel J. Dunne, Jr.**
   WSBA No. 16999
2  ddunne@orrick.com
3  **George E. Greer**
   WSBA No. 11050
4  ggreer@orrick.com
   **David S. Keenan**
5  WSBA No. 41359
   dkeenan@orrick.com
6  **ORRICK HERRINGTON & SUTCLIFFE LLP**
7  701 Fifth Avenue Suite 5700
   Seattle, WA 98104-7097
8  Telephone: (206)839-4300
   Facsimile: (206)839-4301
9
   *Attorneys for Gregory J. Nickels and City of Seattle*
10
11                UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
12                          AT SEATTLE

13  ROBERT C. WARDEN,                    Case No. 2:09-CV-01686-MJP

14          Plaintiff,

15      v.

16  GREGORY J. NICKELS and CITY OF       STIPULATION AND [PROPOSED]
    SEATTLE                              ORDER REVISING PRELIMINARY
17                                       INJUNCTION BRIEFING SCHEDULE

18

19

20                              **STIPULATION**

21

22      Plaintiff, Robert C. Warden ("Plaintiff"), on December 18, 2009, filed a Motion for

23  Preliminary Injunction (the "Motion"). By Order dated December 22, 2009, dkt. no. 9, the

24  Court set oral argument on the Motion for March 2, 2010. In light of the March 2 hearing

25  date, the Parties agree that a modification of the briefing schedule for the Motion would be of

26  benefit to both parties and the Court, as set forth below. The proposed schedule is not for the

27  purpose of delay, promotes judicial efficiency by allowing two weeks for judicial review of

28

STIPULATION AND [PROPOSED] ORDER
REVISING PRELIMINARY INJUNCTION
BRIEFING SCHEDULE

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300

briefing before the March 2 hearing, and will not cause prejudice to any party. The parties STIPULATE that:

    1.    Defendants' Response in opposition to the Motion shall be due on February 10, 2010;

    2.    Plaintiff's Reply in support of the Motion shall be due on February 17, 2010; and

    3.    All other dates shall remain as previously-scheduled.

*I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signature(s) on the document.*

Dated: January 12, 2010.

    ORRICK, HERRINGTON & SUTCLIFFE LLP

    By: s/ Daniel J. Dunne
        Daniel J. Dunne (WSBA No. 16999)
        ddunne@orrick.com
        George E. Greer (WSBA No.11050)
        ggreeer@orrick.com
        David Keenan (WSBA No.41359)
        dkeenan@orrick.com
        701 Fifth Avenue, Suite 5700
        Seattle, WA 98104-7097
        Telephone: (206)839-4300
        Facsimile: (206)839-4301

    SEATTLE CITY ATTORNEY
        Gary Keese (WSBA No. 19265)
        gary.keese@seattle.gov
        600 Fourth Avenue, 4th Floor
        P.O. Box 94769
        Seattle, WA 98124-4769
        Telephone: (206)684-8200
        Facsimile: (206)684-8284

    *Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER
REVISING PRELIMINARY INJUNCTION
BRIEFING SCHEDULE

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: s/Robert C. Warden
Robert C. Warden (WSBA No. 21189)
10224 SE 225th PL
Kent, WA 98031
(206)601-9541

*Plaintiff*

STIPULATION AND [PROPOSED] ORDER
REVISING PRELIMINARY INJUNCTION
BRIEFING SCHEDULE

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300

# ORDER

Based on the stipulation and agreement of the parties above, and good cause appearing therefore, it is hereby ORDERED that:

1. Defendants' Response in opposition to Plaintiff's Motion for Preliminary Injunction shall be due on February 10, 2010; and

2. Plaintiff's Reply in support of the Motion for Preliminary Injunction shall be due on February 17, 2010.

3. All other dates in this matter shall remain as previously scheduled.

IT IS SO ORDERED.

DATED this _____ day of January 2010.

By:_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2010, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record:

STIPULATION AND [PROPOSED] ORDER REVISING PRELIMINARY INJUNCTION BRIEFING SCHEDULE..

DATED this 12th day of January, 2010.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By /s Daniel J. Dunne
Daniel J. Dunne (WSBA #16999)
701 Fifth Avenue, Suite 5700
Seattle, WA 98104
Phone: (206) 839-4300
Fax:    (206) 839-4301
Email: ddunner@orrick.com