UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY J. NICKELS, et al.,<br><br>Defendants. | Case No. C09-1686 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the parties' stipulated proposed order to revise the preliminary injunction briefing schedule. (Dkt. No. 11.) The proposed order does not permit the Court sufficient time to review the motion for preliminary injunction prior to the hearing set for March 2, 2010. The Court DENIES the parties' request.

Further, the Court hereby provides notice that it will entertain oral argument on March 2, 2010 on Defendants' pending motion to dismiss. (See Dkt. No. 10.)

The Clerk is directed to send a copy of this order to all counsel of record.

DATED this 14th day of January, 2010.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett____
Deputy Clerk

MINUTE ORDER - 1