Daniel J. Dunne, Jr.
WSBA No. 16999
ddunne@orrick.com
George E. Greer
WSBA No. 11050
ggreer@orrick.com
David S. Keenan
WSBA No. 41359
dkeenan@orrick.com
**ORRICK HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue Suite 5700
Seattle, WA 98104-7097
Telephone: (206)839-4300
Facsimile: (206)839-4301

Gary Keese
WSBA No. 19265
gary.keese@seattle.gov
**SEATTLE CITY ATTORNEY**
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
Telephone: (206)684-8200
Facsimile: (206)684-8284

*Attorneys for Gregory J. Nickels and City of Seattle*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY J. NICKELS and CITY OF SEATTLE | Case No. 2:09-CV-01686-MJP<br><br>DECLARATION OF IAN STEWART IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF IAN STEWART
CASE NO. 2:09-CV-01686-MJP
OHS WEST:260811633.3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel +1-206-839-4300

I, Ian Stewart, declare as follows:

1. I am the Vice President of EMC Research, and in that capacity provide market and opinion research services on a contract basis. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2. In or about February 2009, I conducted a survey (the "Survey") of Washington State voters about issues relating to firearms.

3. The Survey was conducted on behalf of The Joyce Foundation and the Harborview Injury Prevention and Research Center, and the data collected was provided to the City of Seattle.

4. Of the 800 interviews conducted in support of the Survey, eighty-three were of Seattle voters.

5. Of those Seattle voters interviewed for the Survey, 4 percent responded that they or someone in their household has a concealed pistol license.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January, 2010, in Seattle, Washington.

_____
Ian Stewart

DECLARATION OF IAN STEWART
CASE NO. 2:09-CV-01686-MJP
OHS WEST:260811633.3

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel +1-206-839-4300

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2010, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record: DECLARATION OF IAN STEWART IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.

DATED this 19th day of January, 2010.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By  s/ Daniel J. Dunne
Daniel J. Dunne (WSBA #16999)

701 Fifth Avenue, Suite 5700
Seattle, WA 98104
Phone: (206) 839-4300
Fax:    (206) 839-4301
Email: ddunne@orrick.com

DECLARATION OF IAN STEWART
CASE NO. 2:09-CV-01686-MJP
OHS WEST:260811633.3

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300