The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY J. NICKELS and CITY OF SEATTLE,<br><br>　　　　　Defendants. | Case No. C09-1686 MJP<br><br>PRAECIPE TO ATTACH DOCUMENT |

PRAECIPE TO ATTACH DOCUMENT
CASE NO. 2:09-CV-01686-MJP

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300

1  Attached hereto is the signature page to the Declaration of David S. Keenan in Support
2  of Reply in Support of Defendants' Motion to Dismiss.
3  DATED this 25th day of January, 2010.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By  s/ Daniel J. Dunne
    George E. Greer, (WSBA #11050)
    ggreer@orrick.com
    Daniel J. Dunne (WSBA #16999)
    ddunne@orrick.com
    David Keenan (WSBA #41359)
    dkeenan@orrick.com

    701 Fifth Avenue, Suite 5700
    Seattle, WA  98104
    Phone: (206) 839-4300
    Fax:    (206) 839-4301

PRAECIPE TO ATTACH DOCUMENT        1         Orrick Herrington & Sutcliffe LLP
CASE NO. 2:09-CV-01686-MJP                   701 5th Avenue, Suite 5700
                                             Seattle, Washington  98104-7097
                                             tel+1-206-839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2010, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record:

PRAECIPE TO ATTACH DOCUMENT RE SIGNATURE PAGE TO DECLARATION OF DAVID S. KEENAN IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6).

DATED this 25th day of January, 2010.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By  s/ Daniel J. Dunne
George E. Greer, (WSBA #11050)
ggreer@orrick.com
Daniel J. Dunne (WSBA #16999)
ddunne@orrick.com
David Keenan (WSBA #41359)
dkeenan@orrick.com

701 Fifth Avenue, Suite 5700
Seattle, WA 98104
Phone: (206) 839-4300
Fax:    (206) 839-4301

I, David S. Keenan, declare as follows:

1. I am an attorney licensed in the State of Washington. I am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Gregory J. Nickels and City of Seattle (collectively, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Reply in Support of Motion to Dismiss Amended Complaint. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2. On December 22, 2009, I was present for and participated in the deposition of Plaintiff Robert C. Warden. A true and correct copy of excerpts of the transcript of Mr. Warden's deposition is attached hereto as Exhibit A.

3. On or about January 8, 2010, I spoke with Plaintiff and expressed Defendants' view that his deposition testimony indicated that he could not establish either a likelihood of prevailing on the merits or that he had suffered injury. I asked him to consider striking his Motion for Preliminary Injunction for lack of merit. Plaintiff declined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2010, in Seattle, Washington.

_____
David S. Keenan

DECL. OF DAVID S. KEENAN SUPP.
REPLY RE DEFS.' MOT. TO DISMISS
CASE NO. 2:09-CV-01686-MJP
OHS WEST:260813078.1

1

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5700
Seattle, Washington 98104-7097
tel+1-206-839-4300