THE HONORABLE CATHERINE SHAFFER

COPY

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| WINNIE CHAN, et al., | |
|---|---|
| Plaintiffs, | No. 09-2-39574-8 SEA |
| v. | ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| CITY OF SEATTLE, et al., | [PROPOSED] |
| Defendants. | |

THIS MATTER is before the Court on Plaintiffs' Motion for Summary Judgment. The Court has reviewed:

1. Plaintiffs' Motion for Summary Judgment,
2. Declarations submitted in support of Plaintiffs' Motion for Summary Judgment, with exhibits,
3. Defendants' Response to Plaintiffs' Motion for Summary Judgment,
5. Plaintiffs' Reply in Support of Plaintiffs' Motion for Summary Judgment,
6. _____,
7. _____, and
8. the records and files herein,

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

and has considered the arguments of counsel. The Court finds that there is no genuine issue of material fact on which reasonable minds could differ. Further, the Court concludes that, pursuant to RCW 9.41.290, the City of Seattle's authority to regulate the possession of firearms in City parks and recreation facilities during public use of those facilities is preempted by state law, and therefore Seattle's Department of Parks and Recreation's Rule/Policy Number P 060-8.14 ("Firearms Rule") violates Washington law and, on that basis, is null and void. Plaintiffs are entitled to judgment as a matter of law.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED,
2. The City of Seattle's Firearms Rule is declared null and void,
3. The City of Seattle is permanently enjoined from enforcing the Firearms Rule in any way. [Rider A attached.] *CS*
4. The City is further ordered to immediately remove all signage posted pursuant to the Firearms Rule, within 30 days from the date of this Order. *CS*

Dated this 12 day of FEBRUARY, 2010.

[Rider B Attached.]

_____
THE HONORABLE CATHERINE SHAFFER

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

_____
Steven W. Fogg, WSBA No. 23528
Molly A. Malouf, WSBA No. 31972

Approved as to form; notice of presentation waived:

_____ [Counsel for Plaintiffs]

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT – 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DID ~~SW~~ RIDER A:

The Court finds that:

1. Plaintiffs have a clear legal or equitable right to carry firearms under federal and state constitutions.

2. Plaintiffs have established a well-grounded fear of invasion of that right.

3. Plaintiffs have established that they have suffered a substantial injury.

~~DID~~ ~~SW~~ RIDER B:

5. The Court finds that the Organizational Plaintiffs lack standing to bring claims, and their claims are dismissed with prejudice