The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN,<br><br>        Plaintiff,<br><br>v.<br><br>GREGORY J. NICKELS and CITY OF SEATTLE,<br><br>        Defendants. | Case No. 2:09-CV-01686-MJP<br><br>**DECLARATION OF DAVID S. KEENAN IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF CONCERNING** *CHAN v. CITY OF SEATTLE* **AND** *STATE v. SIEYES* |

DECL. OF DAVID S. KEENAN IN
SUPPORT OF MOTION FOR SUPP. BRIEF
CASE NO. 2:09-CV-01686-MJP

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

I, David S. Keenan, declare as follows:

1. I am an attorney licensed in the State of Washington. I am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for Defendants Gregory J. Nickels and City of Seattle (collectively, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion for Leave to File Supplemental Brief Concerning *Chan v. City of Seattle* and *State v. Sieyes*. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2. In addition to representing Defendants here, I am one of the attorneys representing the City of Seattle and other defendants in *Chan v. Seattle*, King County Superior Court No. 09-2-39574-8 SEA. A true and correct copy of the Complaint filed October 29, 2009 in *Chan* is attached hereto as Exhibit A.

3. On January 15, 2010, the plaintiffs in *Chan* filed a Motion for Summary Judgment. A true and correct copy of that Motion is attached hereto as Exhibit B.

4. On February 1, 2010, the defendants in *Chan* filed their Opposition to Plaintiff's Motion for Summary Judgment. A true and correct copy of that Opposition is attached hereto as Exhibit C.

5. On February 8, 2010, the plaintiffs in *Chan* filed their Reply in Support of Motion for Summary Judgment. A true and correct copy of that Reply is attached hereto as Exhibit D.

6. On February 12, 2010, a hearing was held in King County Superior Court regarding the *Chan* plaintiffs' Motion for Summary Judgment. A true and correct copy of the transcript of that hearing is attached hereto as Exhibit E.

7. On February 12, 2010, the King County Superior Court granted the *Chan* plaintiffs' Motion for Summary Judgment. A true and correct copy of the Order from that hearing is attached hereto as Exhibit F.

DECL. OF DAVID S. KEENAN IN
SUPPORT OF MOTION FOR SUPP. BRIEF
CASE NO. 2:09-CV-01686-MJP

1

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel +1-206-839-4300

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3  Executed this 26th day of February, 2010, in Seattle, Washington.
4
5                                                     s/ David S. Keenan
                                                      David S. Keenan
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF DAVID S. KEENAN IN
SUPPORT OF MOTION FOR SUPP. BRIEF                    2
CASE NO. 2:09-CV-01686-MJP

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2010, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record:

DECLARATION OF DAVID S. KEENAN IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF CONCERNING *CHAN v. CITY OF SEATTLE* AND *STATE v. SIEYES*

DATED this 26th day of February, 2010.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By  s/ David S. Keenan
David S. Keenan (WSBA No. 41359)

701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Phone: (206) 839-4300
Fax:    (206) 839-4301
Email: dkeenan@orrick.com

DECL. OF DAVID S. KEENAN IN SUPPORT OF MOTION FOR SUPP. BRIEF
CASE NO. 2:09-CV-01686-MJP

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300