1           Honorable Marsha J. Pechman

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ROBERT C. WARDEN, | ) No: 2:09-cv-01686-MJP |
| Plaintiff, | ) |
| | ) PLAINTIFF'S WITHDRAWAL OF |
| vs. | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| GREGORY J. NICKELS and | ) |
| CITY OF SEATTLE, | ) |
| Defendants. | ) |

Plaintiff hereby withdraws his February 15, 2010 Motion for Summary Judgment (Dkt. No. 22).

DATED this 4th day of March, 2010.

Respectfully submitted,

s/ Robert C. Warden
Robert C. Warden, WSBA No. 21189
10224 SE 225th PL
Kent WA 98031
(206) 601-9541

Plaintiff's Withdrawal of                          Robert C. Warden
Motion for Summary Judgment                        10224 SE 225th PL
                                                   Kent WA 98031
Page 1 of 2                                        (206) 601-9541

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record:

PLAINTIFF'S WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

DATED this 4th day of March, 2010.

s/ Robert C. Warden
Robert C. Warden, WSBA No. 21189
10224 SE 225th PL
Kent WA 98031
(206) 601-9541

Plaintiff's Withdrawal of
Motion for Summary Judgment

Page 2 of 2

Robert C. Warden
10224 SE 225th PL
Kent WA 98031
(206) 601-9541