# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT C. WARDEN,

    Plaintiff,

  v.

GREGORY J. NICKELS, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C09-1686-MJP

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' motion to dismiss is GRANTED and Plaintiff's amended complaint is DISMISSED with prejudice.

Dated this 11th day of March, 2010.

BRUCE RIFKIN
Clerk

/s/ Mary Duett
Deputy Clerk